AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cr-00070-CJN-1 |
| Jesse James Rumson | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT JESSE JAMES RUMSON .

Date: 03/23/2023

/s/ John M. Pierce
*Attorney's signature*

jpierce@johnpiercelaw.com
*Printed name and bar number*

JOHN PIERCE LAW P.C.
21550 Oxnard Street
3rd Floor, PMB 172
Woodland Hills, CA 91367
*Address*

jpierce@johnpiercelaw.com
*E-mail address*

(213) 279-7846
*Telephone number*

*FAX number*