# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.

JESSE JAMES RUMSON,

    *Defendant*.

Criminal Action No. 1:23-cr-070 (CJN)

## SCHEDULING ORDER

Trial is set to commence in this matter on **January 22, 2024**, at 9:00 a.m. in Courtroom 17. The Parties intend to proceed with a jury trial. The following deadlines shall govern pretrial proceedings:

1. The Parties shall file any pretrial motions (including motions *in limine* and motions dismiss the indictment or other motions to exclude evidence) by **December 1, 2023**. Oppositions to any such motions shall be filed by **December 8, 2023**. Any reply shall be filed by **December 13, 2023**.

2. The Parties shall also meet and confer before filing to discuss whether any issues presented by the motions can be resolved by agreement of the Parties.

3. Counsel shall appear on **December 20, 2023,** at 2:00 p.m., for a status conference and a hearing on pretrial motions, if necessary.

4. The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed by **January 15, 2024**.

5. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief by **January 8, 2024**. Any *Brady* materials not already disclosed must be disclosed by this date.

6. The Parties shall file, no later than **January 12, 2024**, a Joint Pretrial Statement that contains the following:

   a. <u>A neutral statement of the case</u>. The Parties shall include a neutral statement of the case for the court to read to prospective jurors.

   b. <u>Proposed *voir dire* questions</u>. The Parties shall indicate the voir dire questions on which they agree; and the *voir dire* questions on which they disagree with specific objections and relevant legal authority noted below each disputed question.

   c. <u>Proposed jury instructions</u>. The Parties shall submit a list of all standard jury instructions from the "Red Book" (Criminal Jury Instructions for D.C. (Barbara A. Bergman ed., May 2016 ed.)) that they wish to include in the final instructions. The Parties need not submit the full text of any standard jury instruction but should provide the full text of (1) any modified standard jury instruction, with the proposed modification(s) redlined, and (2) any non-standard jury instruction they wish to have the court include. As to each non-standard jury instruction, the sponsoring party should cite legal authority for the proposed instruction, and the non-sponsoring party should state any objection to the instruction, including any proposed modifications.

   d. <u>List of witnesses</u>. The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief. Only upon leave of court and a showing of good cause will a party be permitted to withhold a witness's identity.

   e. <u>Exhibit lists</u>. The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief. The Parties need not list any exhibit that might be used for purposes of impeachment. The Parties should confer with Courtroom

        Deputy Courtney Lesley about the format of the exhibit list. The Parties should not provide a copy of the exhibits to the Court but must exchange pre-marked exhibits. The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference. The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

    f. <u>Stipulations</u>. The Parties shall submit a draft of all stipulations.

    g. <u>Proposed verdict form</u>. The Parties shall include a draft verdict form, including any special interrogatories. The draft verdict form should include a date and signature line for the jury foreperson.

7. In addition to filing the Joint Pretrial Statement, on **January 12, 2024**, the Parties shall transmit, in Word format, an electronic copy of (a) any proposed modification to a standard jury instruction, (b) any non-standard jury instruction, and (c) the verdict form by email to the Courtroom Deputy.

8. The Parties shall deliver to the Court and opposing counsel, in electronic format (either by disc or thumb drive), a copy of all of its exhibits, marked by exhibit number, by **January 12, 2024**, except that exhibits not readily available in electronic format (e.g., the exhibit is a physical object, not a document, video, or audio) need not be submitted. The delivery of exhibits in electronic format to the Court and opposing counsel is to aid the Court and the parties in preparing for the presentation of evidence at trial, and it does supplant Local Criminal Rule 56.2.

9. The Parties shall meet and confer about exhibits and witnesses by **January 8, 2024**, to discuss anticipated objections and stipulations for admission.

10. The Court will schedule hearings on any motions filed by the Parties as necessary.

11. Counsel shall appear on **January 18, 2024**, at 2:00 p.m. for a Pretrial Conference in Courtroom 17.

DATE:  August 29, 2023

_____
CARL J. NICHOLS
United States District Judge