**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

***Plaintiff,***

**UNITED STATES OF AMERICA**

**v.** **Case No. 1:23-cr-00070-CJN-1**

**JESSE JAMES RUMSON**

***Defendant***

**MOTION OF COUNSEL TO WITHDRAW**

Counsel for defendant Jesse Rumson, John Pierce and Roger Roots, hereby move to withdraw from this case.

Mr. Rumson is terminating our representation and has requested that we withdraw from the case, so under the applicable ethical rules this is a mandatory withdrawal motion.

Dated March 7, 2024

Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel:(213) 400-0725
Email:jpierce@johnpiercelaw.com

*/s/ Roger I. Roots*
Roger I. Roots
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email:rroots@johnpiercelaw.com

CERTIFICATE OF SERVICE

I hereby certify that, on March 7, 2024, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

*/s/ John M. Pierce*
John M. Pierce