UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-cr-00070-CJN |
| | : | |
| **JESSE JAMES RUMSON,** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT NOTICE ATTACHING PROPOSED SCHEDULING ORDER

Pursuant to the Court's March 19, 2023 order, the United States of America and the Defendant hereby jointly file this Notice Attaching their Proposed Revised Scheduling Order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

/s/ Anthony Sabatini
Oxnard Sabatini Law Firm P.A.
411 N Donnelly St
Suite #313
Mount Dora, FL 32757
(352)-455-2928
Anthony@SabatiniLegal.com

By: /s/ Samantha R. Miller
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov

SEAN P. MCCAULEY
Assistant United States Attorney
NY Bar No. 5600523
United States Attorney's Office
601 D Street NW
Washington, DC 20530
Sean.McCauley@usdoj.gov

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-cr-00070-CJN |
| | : | |
| JESSE JAMES RUMSON, | : | |
| | : | |
| Defendant. | : | |

**[PROPOSED] REVISED SCHEDULING ORDER**

Trial is set to commence in this matter on **June 5, 2024**, at 9:00 a.m. in Courtroom 17. The Parties intend to proceed with a jury trial. The following deadlines shall govern pretrial proceedings:

1. All pretrial motions (including motions *in limine* and motions dismiss the indictment or other motions to exclude evidence) shall be filed by **April 19, 2024**. Oppositions to any such motions shall be filed by **April 26, 2024**. Any reply shall be filed by **May 3, 2024**.

2. The Parties shall also meet and confer before filing to discuss whether any issues presented by the motions can be resolved by agreement of the Parties.

3. Counsel shall appear on **May 10, 2024,** at 11:00 a.m., for a status conference and a hearing on pretrial motions, if necessary.

4. The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed by **May 22, 2024**.

5. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief by **May 29, 2024**. Any *Brady* materials not already disclosed must be disclosed by this date.

1

6. The Parties shall file, no later than **May 24, 2024**, a Joint Pretrial Statement that contains the following:

    a. A brief statement of the case that contains a summary of the relevant facts, the Parties' anticipated evidence, and anticipated defenses.

    b. A summary of the elements of the crimes alleged, including any relevant definitions, with citation to relevant case law.

    c. A summary of the anticipated stipulations.

    d. A summary of the anticipated stipulated testimony.

    e. A list of witness that the Party anticipates that it may call in its case-in-chief, divided into the witnesses who will be called to testify at trial and witnesses who may be called to testify at trial, with a brief description of each witness's expected testimony and area of expertise, if applicable.

    f. A list of exhibits (including demonstratives, summaries, or other specially prepared exhibits). The list should identify: (1) the exhibit number for each exhibit; (2) the associated date of the exhibit; and (3) a brief description of the exhibit.

    g. Any request for opening argument and the time requested..

7. The Parties shall file Legal Instructions by **May 29, 2024.**

8. The Parties shall deliver to the Court and opposing counsel, in electronic format (either by disc or thumb drive), a copy of all of its exhibits, marked by exhibit number, by **May 31, 2024**, except that exhibits not readily available in electronic format (e.g., the exhibit is a physical object, not a document, video, or audio) need not be submitted. The delivery of exhibits in electronic format to the Court and opposing counsel is to aid the

Court and the parties in preparing for the presentation of evidence at trial, and it does supplant Local Criminal Rule 56.2.

9. The Parties shall meet and confer about exhibits and witnesses by **May 22, 2024**, to discuss anticipated objections and stipulations for admission.

10. The Court will schedule hearings on any motions filed by the Parties as necessary.

11. Counsel shall appear on **May 24, 2024,** at 10:00 a.m. for a Pretrial Conference in Courtroom 17.


DATE: _____       _____
                                         CARL J. NICHOLS
                                         United States District Judge