UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSE JAMES RUMSON,<br><br>Defendant. | Case No. 1:23-cr-70 (CJN) |

**GOVERNMENT'S NOTICE REGARDING
DEFENDANT'S PRETRIAL VIOLATIONS**

The United States, by and through its attorneys, respectfully files this notice to inform the Court in advance of the May 2, 2024 status conference that, during its trial preparations, the government discovered that the defendant violated his pretrial conditions in this matter on at least two occasions by traveling out of state without providing notice to his Pretrial Services officer, as discussed in more detail below.

On March 9, 2023, the Court set the defendant's pretrial conditions in this matter, which included in relevant part as follows: "Defendant must notify the Pretrial Services-Middle District of Florida in advance of any travel outside of the district." ECF 11 at 3.

Based on publicly available information, it appears the defendant traveled to Greeley, Pennsylvania in or around October 7, 2023 to attend and speak at the "Rod of Iron Freedom Festival."[1] Again in or around March 16, 2024, the defendant traveled to Morristown, Tennessee to attend and speak at another iteration of the same event, the "Rod of Iron Freedom Festival."[2]

---

[1] *See, e.g.,* "Rod of Iron Freedom Festival 2023 Schedule," *available at:* https://www.rodofironfreedomfestival.org/schedule; "Rod of Iron Freedom Festival 2023 Day 2 Jesse James Rumson J6 Defendant," *available at:* https://rumble.com/v3qnvtd-rod-of-iron-freedom-festival-2023-day-2-jesse-james-rumson-j6-defendant.html (video of the defendant's speech at the event).

[2] *See, e.g.,* "Rod of Iron Freedom Festival 2024 Schedule," *available at:* https://www.rodofironfreedomfestivaltn.org/schedule (listing "Jesse James Rumson J6 Patriot" as

On April 29, 2024, the government contacted Pretrial Services for the District of Columbia to determine whether the defendant had complied with his conditions by providing notice of these travels. Pretrial Services for the District of Columbia then contacted the defendant's courtesy supervising officer in the Middle District of Florida, who confirmed that the defendant did not notify Pretrial Services in Florida of these out-of-district trips.

Therefore, the defendant violated his pretrial conditions on both of these occasions.

                                                  Respectfully submitted,
                                                  MATTHEW M. GRAVES
                                                  United States Attorney
                                                  D.C. Bar No. 481052

By:    */s/ Samantha R. Miller*
        SAMANTHA R. MILLER
        Assistant United States Attorney
        New York Bar No. 5342175
        United States Attorney's Office
        601 D Street, NW
        Washington, DC 20530
        Samantha.Miller@usdoj.gov

        */s/ Sean P. McCauley*
        SEAN P. MCCAULEY
        Assistant United States Attorney
        NY Bar No. 5600523
        United States Attorney's Office
        601 D Street NW
        Washington, DC 20530
        Sean.McCauley@usdoj.gov

---

speaker); "Rod of Iron freedom Festival 2024 Jesse James Rumson J6 Patriot," *available at:* https://rumble.com/v4mbnce-rod-of-iron-freedom-festival-2024-jesse-james-rumson-j6-patriot.html (video of defendant's speech at the event).