UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Case No.: 1:23-cr-70 (CJN) |
| JESSE JAMES RUMSON | § § § | |

**DEFENDANT'S POST VERDICT RULE 29 MOTION FOR A JUDGMENT OF ACQUITTAL**

Defendant, by and through his undersigned attorney, files this Motion to Acquit, and states:

**RULE 29**

ARGUMENT

This Court must acquit on Count 2 because Corporal Ainsworth, the alleged victim in the case, was not a person designated in section 18 U.S. Code § 1114 - Protection of officers and employees of the United States. Corporal Ainsworth is employed by the Prince George's County Police Department. 18 U.S. Code § 1114 provides a list of officers and employees of the United States, and provides:

> (a) In General.—Whoever kills or attempts to kill any officer or employee of the United States or of any agency in any branch of the United States Government (including any member of the uniformed services) while such officer or employee is engaged in or on account of the performance of official duties, <u>or any person assisting such an officer or employee in the performance of such duties or on account of that assistance</u>…

Because the evidence in the case did not show that Corporal Ainsworth was officially assisting a *specific* officer as outlined in that section of the law, this Court must acquit the Defendant of Count 2, 18 U.S.C. §§ 111(a)(1) and (b); Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon.

Furthermore, this Court must acquit Defendant of both Counts 1 and 2, because the Count 2 assault charge was used to fulfill the element of Count 1, 18 U.S.C. § 231(a)(3) Civil disorders.

**WHEREFORE,** Defendant respectfully requests this court to grant this Motion to Acquit.

DATED: 6-7-24.

    Respectfully submitted.

    /s/ ANTHONY F. SABATINI
    FL Bar No. 1018163
    anthony@sabatinilegal.com
    SABATINI LAW FIRM, P.A.
    411 N DONNELLY ST, STE #313
    MOUNT DORA, FL 32757
    T: (352)-455-2928
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on 6-7-24 I filed the foregoing using the CM/ECF system which will give electronic notification to all attorneys of record.

    /s/ Anthony F. Sabatini