UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Case No.: 1:23-cr-70 (CJN) |
| JESSE JAMES RUMSON | § § § | |

**DEFENDANT'S RULE 33 MOTION FOR A NEW TRIAL**

Defendant, by and through his undersigned attorney, files this Motion for a New Trial, and states:

**RULE 33**

LEGAL STANDARD

The court may grant a new trial "if the interest of justice so requires." FED. R. CRIM. P. 33(a). The court, however, should not grant a Rule 33 motion based on insufficiency of evidence unless the evidence "preponderate[s] heavily against the verdict, such that it would be a miscarriage of justice to let the verdict stand." United States v. Walker, 899 F. Supp. 14, 15 (D.D.C. 1995) (quoting United States v. Martinez, 763 F.2d 1297, 1313 (11th Cir. 1985)).

ARGUMENT

This Court must grant a new trial based upon the rendered verdict conflicting directly with the clear and undeniable testimonial evidence of all Capitol Police Officers who testified in the case, the key government witnesses at the scene, that the Defendant was *not* on the scaffolding at the Capitol. The Court found that Defendant *was* present on the scaffolding. This is significant and requires a new trial because this Court on May 24, 2024, while delivering its findings of fact, stated that Defendant's

1

approach and presence on and around the scaffolding directly informed its finding of a guilty mens rea for all counts at the time of the incident.

Furthermore, none of the CCTV camera footage in evidence in this case depicts the Defendant's approach and presence on and around the scaffolding, further corroborating the testimonial evidence showing him absent.  Instead, the CCTV footage shows the Defendant enter the Capitol grounds from the opposite direction. Therefore, this Court must grant a new trial.

**WHEREFORE,** Defendant respectfully requests this court to grant this Motion to Acquit; or in the alternative, to grant this Motion for a New Trial.

DATED: 6-7-24.

Respectfully submitted.

/s/ ANTHONY F. SABATINI
FL Bar No. 1018163
anthony@sabatinilegal.com
SABATINI LAW FIRM, P.A.
411 N DONNELLY ST, STE #313
MOUNT DORA, FL 32757
T: (352)-455-2928
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on 6-7-24 I filed the foregoing using the CM/ECF system which will give electronic notification to all attorneys of record.

/s/ Anthony F. Sabatini

2