UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| *v.* ) | Case No. 1:23-cr-070 (CJN) |
| ) | |
| **JESSE JAMES RUMSON** ) | |
| ) | |
| **Defendant.** ) | |

### DEFENDANT'S OPPOSED MOTION TO CONTINUE SENTENCING

Comes now the Defendant, JESSE JAMES RUMSON, by and through undersigned counsel, and respectfully moves this Court pursuant to local rules to vacate his scheduled sentencing date of November 22, 2024, as well as the associated dates from the 9/24/2024 minute order for filings and production. He requests that given the Court's trial calendar, that the Court either schedule a Zoom remote status conference or direct the clerk to coordinate a sentencing date within the period on or about February 27-28, 2025. The Government opposes this motion despite counsel's very recent entry into this case, and an unforeseeable medical health emergency (details filed under seal ECF No 95). Mr. Rumson provides the following in support:

The undersigned was admitted to the hospital Critical Care Unit from October 11-17, 2024, for a serious medical emergency. A restricted/sealed filing is separately provided to the Court. Medical explanation was previously provided to the government. Her primary care doctor's letter advises against travel outside her primary care provider and specialist network from November through December 2024, with any travel in January 2025 to be only for essential reasons and for a very short period. This medical situation was unforeseeable; not due to any fault, negligence or action by the undersigned; and the request here is not dilatory or meant to delay proceedings. The undersigned is also currently coordinating to try to reschedule a mid-December 2024 trial to early February 2025, and a mid-January 2025 trial to a later date.

Mr. Rumson, who is released on bond, conveyed his desire to continue to retain the undersigned rather than find another attorney, should one be available on what would now be short notice. There is no prejudice to the government in continuing the sentencing to a date when counsel can travel without an increased threat to health.

## CONCLUSION

Wherefore, for good cause shown and any reasons the Court sees fit, including the health and safety of the undersigned, where a trial date continuance does not prejudice any party, and to allow the defendant to proceed with his current attorney, the Court should issue the proposed Order granting this motion, with the clerk to coordinate a date for sentencing based on availability of the Court and parties on February 27-28, 2025 given that the undersigned already will be traveling for another sentencing on February 27, 2025.

Dated November 8, 2024          Respectfully submitted,

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, D.D.C. Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

### CERTIFICATE OF SERVICE

I hereby certify on the 8th day of November 2024, a copy of the foregoing was served upon all parties via email since the Electronic Case Filing (ECF) System.

/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Esq.