UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:23-cr-070 (CJN) |
| ) | |
| **JESSE JAMES RUMSON** ) | |
| ) | |
| **Defendant.** ) | |

**[PROPOSED] ORDER**

Upon consideration of the Defendant's opposed Motion [at ECF No. ___ ] to continue the sentencing scheduled for November 22, 2024, and for good cause shown, it is hereby

**ORDERED** that the Motion is GRANTED and,

**ORDERED** that the November 2024, sentencing date is vacated;

**ORDERED** that the 9/24/2024 Minute Order is vacated;

**ORDERED** that the clerk will coordinate with the parties to reschedule a February 2025 sentencing date, as well as the proposed due dates for PSR and sentencing memorandum filings by the parties.

**SO ORDERED** on this day of ____ November 2024.

HONORABLE Carl J. Nichols
United States District Court Judge
