**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| ***v.*** | **)** | **Case No. 1:23-cr-070 (CJN)** |
| | **)** | |
| **JESSE JAMES RUMSON,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**NOTICE OF DEFENDANT'S REPLY TO ECF No. 100**

Comes now the Defendant, JESSE JAMES RUMSON, by and through undersigned counsel, and respectfully provides Notice that his Reply to the Government's Response at ECF No. 100 will be filed today as a Motion with attachments for a Sealed Reply.

Given information and argument that is not of public interest, but is now required in the Reply given that the government ignored the medical seriousness of what was previously provided, and in its Response directly cited to material submitted under seal. The Reply will be submitted with a Motion to seal, even understanding the AUSA may disregard the label.

Dated November 18, 2024                    Respectfully submitted,

                                        /s/ *Carolyn A. Stewart*
                                        Carolyn A. Stewart, D.D.C. Bar No. FL-0098
                                        Defense Attorney
                                        Stewart Country Law PA
                                        1204 Swilley Rd.
                                        Plant City, FL 33567
                                        Tel: (813) 659-5178
                                        Email: Carolstewart_esq@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 18th day of NOVEMBER 2024, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart
Carolyn Stewart, Esq.

2